### 43.   OX BREECHES MANUFACTURING CO. *v.* BIRD.

The bill of exceptions in this case must be dismissed, upon the authority of *Newberry* v. *Tenant*, 121 *Ga.* 561, *Kibben* v. *Coastwise Dredging Co.*, 120 *Ga.* 899, and *Harrell* y. *Tift*, 70 *Ga.* 730.

Motion to dismiss the writ of error.

Submitted January 16,—Decided January 18, 1907.

*E. C. Collins*, for plaintiff.

*H. C. Beasley, James K. Hines*, for defendant.

POWELL, J.   Under the authority cited in the headnote, the bill of exceptions in this case must be dismissed. While we think that the decision in *Haskins* v. *Bank*, 100 *Ga.* 216, is more strictly in accordance with sound logic, yet since this last-named case is expressly cited and overruled in *Kibben* v. *Coastwise Dredging Co.*, 120 *Ga.* 899, we are, under the constitutional amendment 'creating this court, constrained to follow the rule now definitely settled by the Supreme Court. While the bill of exceptions in this case recites that a final judgment has been rendered, no exception is taken to such final judgment. Striking or refusing to strike a defendant's plea is not a final judgment. *Turner* v. *Camp*, 110 *Ga.* 631; *Bell* v. *Stewart*, 116 *Ga.* 714. Therefore the writ of error is

*Dismissed.*